### John CODY, Appellant,

v.

### William BRADDUM, Jr., et al., Respondent.

No. 74444.

Missouri Court of Appeals, Eastern District, Division Four.

March 9, 1999.

Timothy O. O'Sullivan, St. Louis, for appellant.

Daniel E. Wilke, Gregg A. Kinney, Wilke & Wilke, P.C., Clayton, for respondent.

Before HOFF, P.J., GARY M. GAERTNER, and RHODES RUSSELL, JJ.

## ORDER

**PER CURIAM.**

Appellant, John Cody, appeals the entry of summary judgment by the Circuit Court of St. Louis County in favor of respondents, William Braddum, Jr., et al., on appellant's dog-bite action. We affirm.[1]

We have reviewed the briefs of the parties and the legal file and find no error of law appears. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).

1. Respondents' motion to dismiss appeal is denied.